**Order entered April 7, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00396-CR

### EX PARTE STEPHEN MATTHEW POLITO

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-80376-2012**

## ORDER

The Court is in receipt of appellant's notice of appeal from the trial court's order denying him the relief sought by his article 11.072 application for writ of habeas corpus. This is an accelerated appeal and is governed by Texas Rule of Appellate Procedure 31.

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it within **TEN DAYS** of the date of this order. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **ORDER** the Collin County District Clerk to file the clerk's record by **April 22, 2016**.

We **ORDER** the court reporter to file, by **April 22, 2016**, either the reporter's record or written verification that no hearing was conducted.

We **ORDER** appellant to file his brief by **May 13, 2016**. We **ORDER** the State to file its brief by **June 3, 2016**. After the record and briefs have been filed, the Court will notify the parties of the submission date and panel.

We **DIRECT** the Clerk to send copies of this order to the Honorable Scott Becker, Presiding Judge, 219th Judicial District Court; Indu Bailey, official court reporter, 219th Judicial District Court; Yoon Kim, Collin County District Clerk; and counsel for all parties.


/s/     ADA BROWN
           JUSTICE